■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HAROLD ROGERS, JR., Appellant.—Judgment unanimously affirmed. (See *People v Chestnut,* 51 NY2d 14.) (Appeal from judgment of Monroe County Court—attempted criminal possession of weapon, third degree.) Present—Cardamone, J. P., Simons, Hancock, Jr., Callahan and Moule, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES WAYLAND GROVER, Appellant.—Judgment unanimously reversed, on the law and facts, and indictment dismissed. Memorandum: We previously reserved decision on defendant's appeal from the judgment of conviction and remitted the case to the Monroe County Court to conduct a hearing to determine whether defendant's confession should have been suppressed *(People v Grover,* 73 AD2d 819). County Court reported to this court that the District Attorney was unable to proceed because the police officers involved in the detention and interrogation of defendant lacked sufficient present recollection of the events to establish probable cause pursuant to *Dunaway v New York* (442 US 200) and that no evidence other than defendant's confession linked him with the crime. Accordingly, as the People concede, the judgment must be reversed and the indictment dismissed. (Resubmission of appeal from judgment of Monroe County Court—arson, fourth degree.) Present—Hancock, Jr., J. P., Schnepp, Callahan, Doerr and Witmer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES LOTT, Appellant.—Judgment unanimously affirmed (see *People v Boodle,* 47 NY2d 398). (Appeal from judgment of Erie County Court—attempted criminal possession of weapon, third degree.) Present—Hancock, Jr., J. P., Schnepp, Callahan, Doerr and Witmer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MELVIN CARTER, Appellant.—Judgment unanimously affirmed. Under the circumstances the issue of ineffective assistance of counsel should properly be raised in a motion to vacate the judgment pursuant to CPL 440.10 (see *People v Crump,* 74 AD2d 719). (Appeal from judgment of Erie County Court—burglary, third degree and another charge.) Present—Hancock, Jr., J. P., Schnepp, Callahan, Doerr and Witmer, JJ.

■ WILLIAM G. COPPARD, Respondent-Appellant, v DONALD F. COFFEY, SR., et al., Appellants-Respondents.—Appeals unanimously dismissed, without costs, upon stipulation. (Appeals from order of Monroe Supreme Court—summary judgment.) Present—Hancock, Jr., J. P., Schnepp, Callahan, Doerr and Witmer, JJ.

■ MARIAN SCIPIONI, Appellant, v ROBERY SCIPIONI, Respondent.—Motion for permission to prosecute appeal as a poor person denied with leave to renew before the Monroe County Family Court (see *Jenks v Murphy,* 21 AD2d 346).